AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>SHELLEY M. RICHMOND JOSEPH and<br>WESLEY MACGREGOR<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   19CR/10141

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Wesley MacGregor                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2
Perjury, in violation of 18 U.S.C. § 1623

Date:      04/25/2019
_____

_Issuing officer's signature_

Carolina DaSilva, Deputy Clerk

City and state:     Boston, MA
_____

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* **4/25/2019** , and the person was arrested on *(date)* **4/25/2019**<br>at *(city and state)* ~~Bos~~ Watertown, MA .<br><br>Date: **4/26/2019**<br><br>_Arresting officer's signature_<br><br>Peter Skutnik  Special Agent<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>SHELLEY M. RICHMOND JOSEPH and<br>WESLEY MACGREGOR<br><br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. *19CR10141*<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Shelley M. Richmond Joseph                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2

Date:      04/25/2019                                     _____
                                                                          *Issuing officer's signature*

City and state:    Boston, MA                      Hon. Jennifer C. Boal, U.S. Magistrate Judge
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/25/2019 , and the person was arrested on *(date)* 4/25/2019<br>at *(city and state)* Boston, MA<br><br>Date: 04/26/2019                    _____<br>                                                  *Arresting officer's signature*<br><br>                                                  Peter Skutnik   Special Agent<br>                                                  *Printed name and title* |