FILED
IN CLERKS OFFICE
AO 442 (Rev. 11/11) Arrest Warrant

2019 MAY -2 PM 1:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

10869045

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.

SHELLEY M. RICHMOND JOSEPH and
WESLEY MACGREGOR

Defendant

Case No. 19CR10141-LTS / DLC

## ARREST WARRANT

2019 APR 25 P 2: 23
RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Wesley MacGregor
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2
Perjury, in violation of 18 U.S.C. § 1623

Date: 04/25/2019

*Issuing officer's signature*

City and state: Boston, MA

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ WARRANT EXECUTED BY HSI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/26/19 *Arresting officer's signature* |
| *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____