UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Docket No.: 19-CR-10141 |
| | : |
| WESLEY MACGREGOR | : |

## MOTION TO WITHDRAW

Undersigned counsel respectfully moves the Court to allow him to withdraw as counsel for Defendant Wesley MacGregor. As grounds for this motion, Attorney Rosemary Scapicchio has entered an appearance on behalf of the Defendant.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer
B.B.O.# 667807
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2019.

*/s/ Scott Lauer*
Scott Lauer