UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.     ) <br> ) <br> WESLEY MACGREGOR   ) <br> ) | CRIMINAL NO.: 1:19-cr-10141-LTS |

### DISMISSAL OF INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States hereby dismisses Count Four of the Indictment as to defendant Wesley MacGregor.[1]  In support of this dismissal, the United States submits that the Deferred Prosecution Agreement ("DPA") filed with the Court on September 22, 2022 (Docket 177-2) provides that the United States will file a dismissal of Count Four within thirty days of the expiration of the term of the DPA.[2]  That term expired on or about March 22, 2023.  Accordingly, the dismissal of Count Four of the Indictment is in the interests of justice.

Respectfully submitted,

ZACHARY CUNHA
UNITED STATES ATTORNEY
Acting under Authority Conferred by
28 U.S.C. § 515

 /s/ William F. Abely
By:  William F. Abely
     Amanda P.M. Strachan
     Chiefs, Criminal Division

Date:  March 24, 2023

---

[1] The indictment included four counts, three of which (Counts One through Three) were previously dismissed.  *See* Docket Entry 178.

[2] The DPA was effective as of September 22, 2022, and was in effect for a term of six months.

Leave to File Granted:

_____
Hon. Leo T. Sorokin
United States District Court